McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PABN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PERRY GENE WILLARD JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-CV-0122-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Letter Brief be extended thirty (30) days from August 12, 2020, up to and including September 11, 2020.  This is the Defendant's first stipulation for an extension of the Court's Scheduling Order.

    Defendant requests this extension because the previous attorney assigned to this matter began her maternity leave on July 7, 2020, one day before Plaintiff submitted his Letter Brief. Defendant's response to the Letter Brief was due on August 12, 2020.  Because Defendant had not yet responded, Plaintiff's counsel kindly requested status on August 24, 2020, and was

Stip. for Ext.; 1: 20-CV-0122-GSA                  1

notified that the previous attorney was on long term leave.  Plaintiff's counsel then followed up with a supervisory attorney in this office, who immediately reassigned this matter to the undersigned on August 25, 2020.  While the undersigned recognizes that the response is already late, she requires additional time to thoroughly evaluate and respond to Plaintiff's Letter Brief.  The Office of the General Counsel sincerely regrets and apologizes for the delay and inconvenience to Plaintiff, Plaintiff's Counsel, and this Court.

        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  August 26, 2020        /s/  *Matthew Holmberg**
        MATTHEW HOLMBERG
        Attorney for Plaintiff
        *as authorized via e-mail on August 26, 2020

Dated: August 26, 2020        McGREGOR W. SCOTT
        United States Attorney
        DEBORAH LEE STACHEL
        Regional Chief Counsel, Region IX
        Social Security Administration

By:   /s/ *Donna W. Anderson*
        Donna W. Anderson
        Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

    Dated:  **August 26, 2020**        **/s/ Gary S. Austin**
        UNITED STATES MAGISTRATE JUDGE