UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY GENE WILLARD, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:20-cv-00122-GSA<br><br>**ORDER FOR THE PAYMENT OF ATTORNEY FEES AND EXPENSES** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses: IT IS ORDERED that fees and expenses in the amount of $4,700.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation (Doc. 26).

IT IS SO ORDERED.

Dated: **July 7, 2021**          /s/ Gary S. Austin
                                                            UNITED STATES MAGISTRATE JUDGE